Mary Coit, Administratrix of Estate of Edlyn Coit, Deceased, Appellee, v. Albert Ormerod et al., Defendants. Checker Taxi Company and Clement Belinski, Appellants.

Gen. No. 43,258.

Heard in the first division, first district, this court at the October term, 1944; opinion filed April 30, 1945; rehearing denied May 14, 1945; released for publication May 14, 1945. Miller, Gorham, Wescott & Adams, for appellants; Herbert C. DeYoung and Charles F. White, of counsel; Joseph D. Ryan, Louis G. Davidson and Louis P. Miller, for appellee. Opinion by JUSTICE O'CONNOR. **Not to be published in full.**